Núm. 8438.—García et als., apltes. *v.* Seijo et als., apldos.— C. D. Arecibo. ▆▆▆▆▆▆▆▆▆▆▆ Noviembre 14, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por los demandados-apelados en la que solicitan que el presente recurso sea desestimado por abandono;

Por cuanto, de la certificación expedida por el secretario de la Corte de Distrito de Arecibo, anexa a dicha moción, aparece que la sentencia recurrida fué dictada el 28 de mayo de 1941; que el escrito de apelación fué radicado el 18 de junio de 1941 y notificado a los apelados el 21 del mismo mes; y que desde esta última fecha los demandantes-apelantes no han practicado gestión alguna para perfeccionar su apelación;

Por lo tanto, visto el artículo 59 del Reglamento de este tribunal se declara con lugar dicha moción y se desestima por abandono el recurso.

Núm. 8298.—Llorens et al., apltes. *v.* Arbona et al., apldos.— C. D. Ponce. ▆▆▆▆▆▆▆▆▆▆▆ Noviembre 14, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada por moción de septiembre 24 último solicitó la desestimación del recurso interpuesto en este caso, por falta de diligencia en su tramitación, por ser frívolo y por resultar académico; y

Por cuanto, notificada la parte apelante, se opuso por escrito y fijada la vista de la moción de desestimación para el 10 de noviembre en curso, ambas partes comparecieron por medio de sus respectivos abogados informando en pro de sus respectivas posiciones; y

Por cuanto, examinados los autos, de ellos resulta que tanto la transcripción como el alegato del apelante si bien se dilataron quizá más de lo debido, es lo cierto que se archivaron finalmente dentro de prórrogas concedidas por este tribunal, y en cuanto a la frivolidad de la apelación y a lo académico del recurso, no aparece claro que sea así:

Por tanto, no ha lugar a la desestimación solicitada.

El Juez Asociado Sr. Todd Jr. no intervino.